Case 8:04-cv-01950-RAL-MAP   Document 72   Filed 02/15/06   Page 1 of 1 PageID 359
AO 450 (Rev. 5/85) Judgment in a Civil Case
=================================================================================================

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

*JUDGMENT IN A CIVIL CASE*

SHAWN BULLOCK

VS.   CASE NUMBER: 8:04-cv-1950-T-26MAP

WJ II OF TAMPA, INC.,
JOHN W. WARREN,
MOTOR VESSEL WJ II

☒   Decision by Court. This action came to trial before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the defendant, WJ II of Tampa, Inc. on Counts 1 and 2 and against the plaintiff, Shawn Bullock.

Judgment is entered in favor of the plaintiff, Shawn Bullock on Count 3, as to maintenance only, in the amount of $13,545.00 plus pre-judgment interest in the amount of $609.53 calculated at the rate of 4.5% for a total judgment of $14,154.53 against the defendant, WJ II of Tampa, Inc.

Judgment is entered in favor of the plaintiff, Shawn Bullock and against the defendant, Motor Vessel WJ II as to Count 7.

Count 3 as it relates to cure and Counts 4, 5 and 6 against John W. Warren have been voluntarily dismissed by the parties

SHERYL L. LOESCH, CLERK

February 15, 2006

_____
(By)      Deputy Clerk