# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## AMENDED JUDGMENT IN A CIVIL CASE

SHAWN BULLOCK

VS.                                                      CASE NUMBER: 8:04-cv-1950-T-26MAP

WJ OF TAMPA, INC.,
JOHN W. WARREN,
MOTOR VESSEL WJ, bearing Official No. 590429, in rem

☒   Decision by Court. This action came to trial before the Court. The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the defendant, WJ of Tampa, Inc. on Counts 1 and 2 and against the plaintiff, Shawn Bullock.

Judgment is entered in favor of the plaintiff, Shawn Bullock on Count 3, as to maintenance only, in the amount of $13,545.00 plus pre-judgment interest in the amount of $609.53 calculated at the rate of 4.5% for a total judgment of $14,154.53 against the defendant, WJ of Tampa, Inc.

Judgment is entered in favor of the plaintiff, Shawn Bullock and against the defendant, Motor Vessel WJ, Official No. 590429, in rem as to Count 7.

Count 3 as it relates to cure and Counts 4, 5 and 6 against John W. Warren have been voluntarily dismissed by the parties

February 22, 2006

SHERYL L. LOESCH, CLERK

_____
(By)   Deputy Clerk